UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE BARRAGAN JIMENEZ,<br>Petitioner,<br>v.<br>JULIO HERNANDEZ et al.,<br>Respondents. | CASE NO. 2:26-cv-02992-DGE<br><br>ORDER REGARDING STATUS REPORT |

This matter comes before the Court on its own motion following review of the record. On September 23, 2026, the Court granted Petitioner's writ of habeas corpus and ordered Respondents to either release him or hold an individualized bond hearing. (Dkt. No. 13.) The Court ordered the parties to file status reports within 14 days. Respondents filed a status report informing the Court that Respondents held a recorded bond hearing on October 2, 2026, at which the immigration judge denied bond after finding Petitioner did not establish that he is not a danger to the community. (Dkt. No. 15.) Petitioner also filed a status report. (Dkt. No. 16.)

Although Petitioner's status report identifies, "Petitioner does not believe that he has been given an individualized bond hearing" (*id.* at 8) and argues the bond hearing was deficient, to the extent Petitioner seeks to challenge the constitutional sufficiency of the ordered bond hearing, Petitioner SHALL file a new habeas corpus petition so that Petitioner may assert a new factual basis for finding unlawful detention.

Dated this 19th day of October, 2026.

David G. Estudillo
United States District Judge